■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL DAVIS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Sangiorgio, J.), rendered December 29, 1983, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS DAVIS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hellenbrand, J.), rendered October 27, 1982, convicting him of robbery in the first degree, criminal use of a firearm in the first degree and criminal possession of stolen property in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

We find no merit to the defendant's contentions that the police lacked probable cause to arrest him, that the trial court improperly marshaled the evidence in its charge to the jury, or that the sentence imposed was excessive. Lazer, J. P., Bracken, Brown and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN DELACRUZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lagana, J.),